AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Alberto DeLuna JR. | ) | Case No. SA18-MJ-1452 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **November 26, 2018** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC  841(a)(1) & 841(b)(1)(A)(viii) | Possession with Intent to Distribute 500 grams or more of a Mixture or Substance Containing a Detectable Amount of Methamphetamine.<br><br>Penalties:<br>10 years to life imprisonment<br>$10,000,000 fine<br>5 years of supervised release<br>$100 mandatory special assessment |

This criminal complaint is based on these facts:

See Atachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Detective Gilbert Guerra, SAPD SCU TAG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/2018

*Judge's signature*

City and state:   San Antonio, Texas               Richard B. Farrer,  U.S. Magistrate Judge
*Printed name and title*

Minimum 10 years up to Life imprisonment, $10,000,000 Fine, 5 years supervised release; $100 mandatory special assessment

Attachment A

I, Gilbert Guerra, having been first sworn oath, do duly depose and state as follows:

Affiant is a Texas Peace Officer and has been employed with the San Antonio Police Department for 10 years. Affiant is currently assigned to the San Antonio Police Department Street Crimes Unit (SCU)/ Texas Anti-Gang Unit (TAG). Affiant has participated in State and federal search/arrest warrants and narcotics related cases, and has made numerous arrests for narcotics violations which have resulted in successful prosecution. Affiant has personally participated in this investigation, and is thoroughly familiar with the information contained in this affidavit, through personal investigation and/or through discussions with other law enforcement personnel.

This affidavit is submitted for the limited purpose of establishing probable cause in support of the attached complaint and therefore contains only a summary of the relevant facts. I have not included each and every fact known by me concerning the individual or event described herein. The information contained in this affidavit is based upon my investigation and that of other law enforcement officers.

Prior to November 26, 2018, Affiant received information that Juan Deluna Jr. ("Deluna") distributes marijuana and methamphetamine in San Antonio, Texas.

Throughout the investigation, surveillance was conducted by TAG Detectives on different days of the week and different times of the day at 12### S Hausman Rd, which is the apartment building where Deluna lives. This location is in San Antonio, Texas, in the Western District of Texas. During the course of our investigation, Detectives observed unknown vehicles drive up and park in the parking lot closest to the apartment building. Occupants would exit their vehicles and walk towards the stairwell leading towards apartment ####, which is Deluna's apartment number. A short time later, these unknown individuals would walk back towards the front, enter their vehicles and depart. This type of activity is consistent with the buying and selling of narcotics. Additionally, marijuana awas seized from individuals after those individuals had left Deluna's apartment.

A search warrant was obtained for Deluna's apartment #### and was executed on November 26, 2018. When the warrant was executed, Deluna and two females were found in the apartment. Detectives noted a strong odor of marijuana coming from the apartment, and marijuana was seen out in the open, in plain view, throughout the apartment. Upon search of the location, Detectives located a speaker box located in a front closet in the living room. When Detectives attempted to move the speaker box and lifted it, it was extremely heavy. Detectives unscrewed the box and found, concealed inside, eight (8) duct taped bundles containing a white crystal like substance. This substance field tested positive for Methamphetamine. The Methamphetamine had an aggregate weight of 8,507.1 grams.

Deluna was provided with and waived his Miranda rights. Deluna stated that the methamphetamine in the apartment was his and that he was distributing it.

GILBERT GUERRA
SAPD

Sworn to and subscribed before me on November 27, 2018.

Richard B. Farrer
United States Magistrate Judge